LUKE A. BUSBY, ESQ
NV Bar # 10319
LUKE ANDREW BUSBY, LTD.
316 California Ave #82
Reno, Nevada 89509
O: 775.453.0112
Luke@lukandrewbusbyltd.com
*Designated Resident Nevada Counsel for Plaintiff*

| | |
|---|---|
| Sarah Grady* | David Owens* |
| LOEVY & LOEVY | LOEVY & LOEVY |
| 311 N. Aberdeen, 3rd FL | 100 S. King St., #100-748 |
| Chicago, IL 60607 | Seattle, WA 98104 |
| O: 312.243.5900 | O: 312.243.5900 |
| sarah@loevy.com | david@loevy.com |

*Motion for admission pro hac vice forthcoming.
*Counsel for Plaintiff Craig Farah, Personal Representative of the Estate of Nicholas Farah*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG FARAH, Personal Representative of the ESTATE OF NICHOLAS FARAH, | )<br>)<br>) |
| Plaintiff, | ) Case No. 2:20-cv-00604-RFB-VCF |
| v. | ) **Plaintiff's Certificate of Interested Parties** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | )<br>) |
| Defendants. | ) |

Now comes Plaintiff CRAIG FARAH, by and through his undersigned counsel, and hereby files this Certificate of Interested Parties:

The undersigned, attorney of record for Plaintiff, certifies that the following may have a direct, pecuniary interest in the outcome of this case: There are no known interested parties other than those participating in this case. This representation is made to enable judges of the court to evaluate possible disqualifications or recusal.

1

               RESPECTFULLY SUBMITTED,

               CRAIG FARAH

               By: /s/ Luke A Busby
               Designated Resident Nevada Counsel for Plaintiff

LUKE A. BUSBY, ESQ
NV Bar # 10319
LUKE ANDREW BUSBY, LTD.
316 California Ave #82
Reno, Nevada 89509
O: 775.453.0112
*Designated Resident Nevada Counsel for Plaintiff*

| Sarah Grady* | David Owens* |
|---|---|
| LOEVY & LOEVY | LOEVY & LOEVY |
| 311 N. Aberdeen, 3rd FL | 100 S. King St., #100-748 |
| Chicago, IL 60607 | Seattle, WA 98104 |
| O: 312.243.5900 | O: 312.243.5900 |
| sarah@loevy.com | david@loevy.com |

*Motion for admission pro hac vice forthcoming.
*Counsel for Plaintiff Craig Farah, Personal Representative of the Estate of Nicholas Farah*

## CERTIFICATE OF SERVICE

  I, Luke A. Busby, an attorney, hereby certify that on April 16, 2020 I filed the foregoing Plaintiff's Certificate of Interested Parties via CM/ECF, which was electronically delivered to all counsel of record.

               /s/ Luke A. Busby
               Designated Resident Nevada Counsel for Plaintiff