LUKE A. BUSBY, ESQ
Nevada Bar No. 10319
LUKE ANDREW BUSBY, LTD.
316 California Ave # 82
Reno, Nevada 89509
O: 775.453.0112
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for Plaintiff*

Sarah Grady*                          David B. Owens*
Loevy & Loevy                         Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.          100 S. King St., St. 100
Chicago, IL 60607                     Seattle, WA 98104
O: 312.243.5900                       O: 312-243-5900
sarah@loevy.com                       david@loevy.com
*Verified petitions for permission to practice forthcoming
*Counsel for Plaintiff Craig Farah, Personal Representative
of the Estate of Nicholas Farah*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG FARAH, Personal Representative of the ESTATE OF NICHOLAS FARAH,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; RICHARD NEWMAN; SAMUEL MENDOZA; AARON MOSELY; JEREMY STEWART; CHRISTY SNAPP; GABRIEL VILLANUEVA; KIM SOFFE; and COLLIN PETRIELIUS,<br><br>Defendants. | No. 2:20-cv-00604<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE *INSTANTER* VERIFIED PETITION FOR DAVID OWENS AND MOTION FOR EXTENSION OF TIME TO FILE VERIFIED PETITION FOR SARAH GRADY** |

Now comes Plaintiff, Craig Farah, as Personal Representative of the Estate of Nicholas Farah, by and through his undersigned counsel, and respectfully requests that this Court permit Plaintiff's attorney, David Owens, leave to file his verified petition for permission to practice in this case *instanter*. Plaintiff further

1

requests an extension of time to June 11 to file Sarah Grady's verified petition for permission to practice in this case. In support of his requests, Plaintiff states as follows:

1. Plaintiff has filed a 42 U.S.C. § 1983 lawsuit against the Las Vegas Metropolitan Police Department and others over the death of his son, Nicholas Farah, at the Clark County Detention Center (CCDC) on March 31, 2019. Dkt. 1.

2. Plaintiff is represented in this lawsuit by David Owens and Sarah Grady at Loevy & Loevy, a civil rights law firm headquartered in Chicago. They are not licensed to practice law in the State of Nevada, but are working with the undersigned as Designated Resident Nevada Counsel for Plaintiff.

3. This Court previously ordered counsel to file verified petitions by May 16, 2020. Dkt. 3. Unfortunately, because of difficulties due to the COVID-19 pandemic, and uncertainty regarding counsel's ability to obtain the required notarization of the verified petitions while under stay-at-home orders, counsel was unable to file their petitions by the May 16 deadline.

4. Counsel has since resolved these issues, and been able to begin completing the verified petitions. Accordingly, Plaintiff has attached to this motion the required verified petition for permission to practice in this case for David Owens. Ex. A.

5. Unfortunately, Sarah Grady's verified petition is not yet complete, as she is still waiting to receive a certificate of good standing from the State of New York, one of the two states where she is licensed to practice law. Accordingly, Plaintiff respectfully requests a brief extension of time, up to and including June 11, to provide Ms. Grady's verified petition.

6. Counsel for Plaintiff has conferred with counsel for the Defendants (excepting Defendant Collin Petrielius who has not yet been served). Counsel for Defendants report that they do not oppose Plaintiff's request.

WHEREFORE, Plaintiff respectfully requests that this Court permit Plaintiff's attorney, David Owens, leave to file his verified petition for permission to practice in this case *instanter*, and to permit Plaintiff's attorney, Sarah Grady, a brief extension of time to June 11 to file her verified petition for permission to practice.

Dated:        May 28, 2020

Respectfully submitted,

CRAIG FARAH

By: /s/ Luke A Busby
Designated Resident Nevada Counsel
for Plaintiff

LUKE A. BUSBY, ESQ
Nevada Bar No. 10319
LUKE ANDREW BUSBY, LTD.
316 California Ave # 82
Reno, Nevada 89509
O: 775.453.0112
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for Plaintiff*

Sarah Grady*                          David B. Owens*
Loevy & Loevy                         Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.          100 S. King St., St. 100
Chicago, IL 60607                     Seattle, WA 98104
O: 312.243.5900                       O: 312-243-5900
sarah@loevy.com                       david@loevy.com
*Verified petitions for permission to practice forthcoming
*Counsel for Plaintiff Craig Farah, Personal Representative
of the Estate of Nicholas Farah*

### CERTIFICATE OF SERVICE

I, Luke A. Busby, an attorney, hereby certify that on May 27, 2020, I filed the foregoing via CM/ECF, which effected service on all counsel of record. I further certify that I will ensure that Defendant Collin Petrielius receives a copy of the foregoing at the time that he is served with notice of this lawsuit pursuant to Rule 4 of the Federal Rules of Civil Procedure.

/s/ Luke A Busby
Designated Resident Nevada Counsel
for Plaintiff