LUKE A. BUSBY, ESQ
Nevada Bar No. 10319
LUKE ANDREW BUSBY, LTD.
316 California Ave # 82
Reno, Nevada 89509
O: 775.453.0112
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for Plaintiff*

| | |
|---|---|
| Sarah Grady* | David B. Owens* |
| Loevy & Loevy | Loevy & Loevy |
| 311 N. Aberdeen St., 3rd Fl. | 100 S. King St., St. 100 |
| Chicago, IL 60607 | Seattle, WA 98104 |
| O: 312.243.5900 | O: 312-243-5900 |
| sarah@loevy.com | david@loevy.com |

*Verified petitions for permission to practice forthcoming
*Counsel for Plaintiff Craig Farah, Personal Representative of the Estate of Nicholas Farah*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CRAIG FARAH, Personal Representative of the ESTATE OF NICHOLAS FARAH,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; RICHARD NEWMAN; SAMUEL MENDOZA; AARON MOSELY; JEREMY STEWART; CHRISTY SNAPP; GABRIEL VILLANUEVA; KIM SOFFE; and COLLIN PETRIELIUS,<br><br>Defendants. | No. 2:20-cv-00604<br><br>**PLAINTIFF'S LIST OF EXHIBITS FOR UNOPPOSED MOTION FOR LEAVE TO FILE *INSTANTER* VERIFIED PETITION FOR DAVID OWENS AND MOTION FOR EXTENSION OF TIME TO FILE VERIFIED PETITION FOR SARAH GRADY** |

| No. | Description |
|---|---|
| A | David Owens Verified Petition |

1

Dated: May 28, 2020

                                      Respectfully submitted,

                                      CRAIG FARAH

                                      By: /s/ Luke A Busby
                                      Designated Resident Nevada Counsel
                                      for Plaintiff

LUKE A. BUSBY, ESQ
Nevada Bar No. 10319
LUKE ANDREW BUSBY, LTD.
316 California Ave # 82
Reno, Nevada 89509
O: 775.453.0112
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for Plaintiff*

| | |
|---|---|
| Sarah Grady* | David B. Owens* |
| Loevy & Loevy | Loevy & Loevy |
| 311 N. Aberdeen St., 3rd Fl. | 100 S. King St., St. 100 |
| Chicago, IL 60607 | Seattle, WA 98104 |
| O: 312.243.5900 | O: 312-243-5900 |
| sarah@loevy.com | david@loevy.com |

*Verified petitions for permission to practice forthcoming
*Counsel for Plaintiff Craig Farah, Personal Representative of the Estate of Nicholas Farah*

## CERTIFICATE OF SERVICE

    I, Luke A. Busby, an attorney, hereby certify that on May 27, 2020, I filed the foregoing via CM/ECF, which effected service on all counsel of record. I further certify that I will ensure that Defendant Collin Petrielius receives a copy of the foregoing at the time that he is served with notice of this lawsuit pursuant to Rule 4 of the Federal Rules of Civil Procedure.

                                        /s/ Luke A Busby
                                        Designated Resident Nevada Counsel
                                        for Plaintiff