# Exhibit A

Verified Petition of David Owens

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Craig Farah, Personal Representative of the Estate of Nicholas Farah

    Plaintiff(s),

 vs.

LVPMD, et al.,

    Defendant(s).

Case #20-cvcv-604

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____David Owens_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Loevy & Loevy
(firm name)

with offices at 100 S. King Street #100-748,
(street address)

Seattle, Washington, 98104,
(city) (state) (zip code)

312-243-5900, david@loevy.com.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Plaintiff, Craig Farah to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ___5/9/2013___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___Illinois___
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of California | 1/13/2011 | 275030 |
| State of Washington | 9/5/2018 | 53856 |
| 7th Circuit Court of Appeals | 5/11/2011 | none |
| US District Court for the ND Illinois | 5/9/2013 | none |
| US District Court for the ND Indiana | 1/11/2013 | none |
| US District Court for the CD Illinois | 7/18/2014 | none |
| US District Court for the ND Ohio | 1/25/2015 | none |
| US District Court for the WD Wisconsin | 8/7/2015 | none |
| US District Court of ED Wisconsin | 6/23/2017 | none |
| US District Court for the SD Texas | 11/23/2015 | none |
| Central District of Califronia | 1/14/2016 | none |
| Western District of Washington | 9/5/2018 | none |
| 5th Circuit Court of Appeals | 10/30/2018 | none |
| 9th Circuit Court of Appeals | 9/26/2018 | none |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

2

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> none

7. That Petitioner is a member of good standing in the following Bar Associations.

> none

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 8/26/2016 | Woods v. Reno | US District Court of NV | Granted |
| 8/28/2019 | Lobato v. LVMPD | US District Court of NV | Granted |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Washington )
COUNTY OF King )

David B. Owens, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

26th day of May, 2020.

_____
Notary Public or Clerk of Court
Tiamaht D. Erickson, notary public

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate      Luke Busby      ,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

316 California Ave #82
(street address)

Reno, Nevada, 89509
(city)   (state)   (zip code)

775-453-0112, luke@lukeandrewbusbyltd.com
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Luke A. Busby_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____/s/ Craig Farah_____ 5-27-2020
(party's signature)

Craig Farah, Plaintiff
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____/s/ Luke A. Busby_____
Designated Resident Nevada Counsel's signature

10319                luke@lukeandrewbusbyltd.com
Bar number           Email address

APPROVED:

Dated: this ____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

David Benjamin Owens

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 05/09/2013 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 8th day of April, 2020.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois



## Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### DAVID BENJAMIN OWENS

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that DAVID BENJAMIN OWENS, #275030, was on the 3rd day of January 2011, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 21st day of February 2020.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
C. Wong, Senior Deputy Clerk

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 53856 |
| OF | ) | CERTIFICATE |
| DAVID B. OWENS | ) | OF |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | GOOD STANDING |

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

**DAVID B. OWENS**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on August 10, 2018, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 31st day of January, 2020.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court