LUKE A. BUSBY, ESQ
Nevada Bar No. 10319
LUKE ANDREW BUSBY, LTD.
316 California Ave # 82
Reno, Nevada 89509
O: 775.453.0112
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for Plaintiff*

Sarah Grady*  
Loevy & Loevy  
311 N. Aberdeen St., 3rd Fl.  
Chicago, IL 60607  
O: 312.243.5900  
sarah@loevy.com  

David B. Owens*  
Loevy & Loevy  
100 S. King St., St. 100  
Seattle, WA 98104  
O: 312-243-5900  
david@loevy.com  

*Verified petitions for permission to practice forthcoming
*Counsel for Plaintiff Craig Farah, Personal Representative of the Estate of Nicholas Farah*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CRAIG FARAH, Personal Representative of the ESTATE OF NICHOLAS FARAH,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; RICHARD NEWMAN; SAMUEL MENDOZA; AARON MOSELY; JEREMY STEWART; CHRISTY SNAPP; GABRIEL VILLANUEVA; KIM SOFFE; and COLLIN PETRIELIUS,<br><br>Defendants. | No. 2:20-cv-00604<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE *INSTANTER* VERIFIED PETITION FOR DAVID OWENS AND MOTION FOR EXTENSION OF TIME TO FILE VERIFIED PETITION FOR SARAH GRADY** |

Now comes Plaintiff, Craig Farah, as Personal Representative of the Estate of Nicholas Farah, by and through his undersigned counsel, and respectfully requests that this Court permit Plaintiff's attorney, David Owens, leave to file his verified petition for permission to practice in this case *instanter*. Plaintiff further

requests an extension of time to June 11 to file Sarah Grady's verified petition for permission to practice in this case. In support of his requests, Plaintiff states as follows:

1. Plaintiff has filed a 42 U.S.C. § 1983 lawsuit against the Las Vegas Metropolitan Police Department and others over the death of his son, Nicholas Farah, at the Clark County Detention Center (CCDC) on March 31, 2019. Dkt. 1.

2. Plaintiff is represented in this lawsuit by David Owens and Sarah Grady at Loevy & Loevy, a civil rights law firm headquartered in Chicago. They are not licensed to practice law in the State of Nevada, but are working with the undersigned as Designated Resident Nevada Counsel for Plaintiff.

3. This Court previously ordered counsel to file verified petitions by May 16, 2020. Dkt. 3. Unfortunately, because of difficulties due to the COVID-19 pandemic, and uncertainty regarding counsel's ability to obtain the required notarization of the verified petitions while under stay-at-home orders, counsel was unable to file their petitions by the May 16 deadline.

4. Counsel has since resolved these issues, and been able to begin completing the verified petitions. Accordingly, Plaintiff has attached to this motion the required verified petition for permission to practice in this case for David Owens. Ex. A.

5. Unfortunately, Sarah Grady's verified petition is not yet complete, as she is still waiting to receive a certificate of good standing from the State of New York, one of the two states where she is licensed to practice law. Accordingly, Plaintiff respectfully requests a brief extension of time, up to and including June 11, to provide Ms. Grady's verified petition.

6. Counsel for Plaintiff has conferred with counsel for the Defendants (excepting Defendant Collin Petrielius who has not yet been served). Counsel for Defendants report that they do not oppose Plaintiff's request.

WHEREFORE, Plaintiff respectfully requests that this Court permit Plaintiff's attorney, David Owens, leave to file his verified petition for permission to practice in this case *instanter*, and to permit Plaintiff's attorney, Sarah Grady, a brief extension of time to June 11 to file her verified petition for permission to practice.

Dated:      May 28, 2020

Respectfully submitted,

CRAIG FARAH

By: /s/ Luke A Busby
Designated Resident Nevada Counsel
for Plaintiff

LUKE A. BUSBY, ESQ
Nevada Bar No. 10319
LUKE ANDREW BUSBY, LTD.
316 California Ave # 82
Reno, Nevada 89509
O: 775.453.0112
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for Plaintiff*

Sarah Grady*                           David B. Owens*
Loevy & Loevy                          Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.           100 S. King St., St. 100
Chicago, IL 60607                      Seattle, WA 98104
O: 312.243.5900                        O: 312-243-5900
sarah@loevy.com                        david@loevy.com
*Verified petitions for permission to practice forthcoming
*Counsel for Plaintiff Craig Farah, Personal Representative
of the Estate of Nicholas Farah*

## CERTIFICATE OF SERVICE

I, Luke A. Busby, an attorney, hereby certify that on May 27, 2020, I filed the foregoing via CM/ECF, which effected service on all counsel of record. I further certify that I will ensure that Defendant Collin Petrielius receives a copy of the foregoing at the time that he is served with notice of this lawsuit pursuant to Rule 4 of the Federal Rules of Civil Procedure.

/s/ Luke A Busby
Designated Resident Nevada Counsel
for Plaintiff

LUKE A. BUSBY, ESQ
Nevada Bar No. 10319
LUKE ANDREW BUSBY, LTD.
316 California Ave # 82
Reno, Nevada 89509
O: 775.453.0112
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for Plaintiff*

| Sarah Grady* | David B. Owens* |
|---|---|
| Loevy & Loevy | Loevy & Loevy |
| 311 N. Aberdeen St., 3rd Fl. | 100 S. King St., St. 100 |
| Chicago, IL 60607 | Seattle, WA 98104 |
| O: 312.243.5900 | O: 312-243-5900 |
| sarah@loevy.com | david@loevy.com |

*Verified petitions for permission to practice forthcoming
*Counsel for Plaintiff Craig Farah, Personal Representative of the Estate of Nicholas Farah*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG FARAH, Personal Representative of the ESTATE OF NICHOLAS FARAH, <br><br> Plaintiff, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT; RICHARD NEWMAN; SAMUEL MENDOZA; AARON MOSELY; JEREMY STEWART; CHRISTY SNAPP; GABRIEL VILLANUEVA; KIM SOFFE; and COLLIN PETRIELIUS, <br><br> Defendants. | No. 2:20-cv-00604 <br><br> **PLAINTIFF'S LIST OF EXHIBITS FOR UNOPPOSED MOTION FOR LEAVE TO FILE *INSTANTER* VERIFIED PETITION FOR DAVID OWENS AND MOTION FOR EXTENSION OF TIME TO FILE VERIFIED PETITION FOR SARAH GRADY** |

| No. | Description |
|---|---|
| A | David Owens Verified Petition |

1

Dated:        May 28, 2020

          Respectfully submitted,

          CRAIG FARAH

          By: /s/ Luke A Busby
          Designated Resident Nevada Counsel
          for Plaintiff

LUKE A. BUSBY, ESQ
Nevada Bar No. 10319
LUKE ANDREW BUSBY, LTD.
316 California Ave # 82
Reno, Nevada 89509
O: 775.453.0112
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for Plaintiff*

| Sarah Grady* | David B. Owens* |
|---|---|
| Loevy & Loevy | Loevy & Loevy |
| 311 N. Aberdeen St., 3rd Fl. | 100 S. King St., St. 100 |
| Chicago, IL 60607 | Seattle, WA 98104 |
| O: 312.243.5900 | O: 312-243-5900 |
| sarah@loevy.com | david@loevy.com |

*Verified petitions for permission to practice forthcoming
*Counsel for Plaintiff Craig Farah, Personal Representative of the Estate of Nicholas Farah*

## CERTIFICATE OF SERVICE

    I, Luke A. Busby, an attorney, hereby certify that on May 27, 2020, I filed the foregoing via CM/ECF, which effected service on all counsel of record. I further certify that I will ensure that Defendant Collin Petrielius receives a copy of the foregoing at the time that he is served with notice of this lawsuit pursuant to Rule 4 of the Federal Rules of Civil Procedure.

          /s/ Luke A Busby
          Designated Resident Nevada Counsel
          for Plaintiff

# Exhibit A

Verified Petition of David Owens

1
2
3
4
5

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Craig Farah, Personal Representative of the Estate of Nicholas Farah <br><br> Plaintiff(s), <br><br> vs. <br><br> LVPMD, et al., <br><br> Defendant(s). | Case #20-cvcv-604 <br><br> **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** <br><br> FILING FEE IS $250.00 |

_____David Owens_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Loevy & Loevy_____
(firm name)

with offices at _____100 S. King Street #100-748_____,
(street address)

____Seattle____, ____Washington____, ____98104____,
(city)              (state)              (zip code)

____312-243-5900____, ____david@loevy.com____.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

____Plaintiff, Craig Farah____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ____5/9/2013____, Petitioner has been and presently is a
(date)

member in good standing of the bar of the highest Court of the State of ____Illinois____
(state)

where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of California | 1/13/2011 | 275030 |
| State of Washington | 9/5/2018 | 53856 |
| 7th Circuit Court of Appeals | 5/11/2011 | none |
| US District Court for the ND Illinois | 5/9/2013 | none |
| US District Court for the ND Indiana | 1/11/2013 | none |
| US District Court for the CD Illinois | 7/18/2014 | none |
| US District Court for the ND Ohio | 1/25/2015 | none |
| US District Court for the WD Wisconsin | 8/7/2015 | none |
| US District Court of ED Wisconsin | 6/23/2017 | none |
| US District Court for the SD Texas | 11/23/2015 | none |
| Central District of Califronia | 1/14/2016 | none |
| Western District of Washington | 9/5/2018 | none |
| 5th Circuit Court of Appeals | 10/30/2018 | none |
| 9th Circuit Court of Appeals | 9/26/2018 | none |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

```
none
```

7. That Petitioner is a member of good standing in the following Bar Associations.

```
none
```

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 8/26/2016 | Woods v. Reno | US District Court of NV | Granted |
| 8/28/2019 | Lobato v. LVMPD | US District Court of NV | Granted |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Washington )
COUNTY OF King )

David B. Owens, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

26th day of May, 2020.

_____
Notary Public or Clerk of Court
Tiamaht D. Erickson, notary public

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Luke Busby_____, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

316 California Ave #82
(street address)

Reno, Nevada, 89509
(city) (state) (zip code)

775-453-0112, luke@lukeandrewbusbyltd.com
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Luke A. Busby_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____  5-27-2020
(party's signature)

Craig Farah, Plaintiff
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

10319                luke@lukeandrewbusbyltd.com
Bar number           Email address

APPROVED:

DATED this 18th day of June, 2020.

_____
RICHARD F. BOULWARE, II
United States District Judge

5

Rev. 5/16

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

David Benjamin Owens

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 05/09/2013 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 8th day of April, 2020.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois



## Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

### CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### DAVID BENJAMIN OWENS

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that DAVID BENJAMIN OWENS, #275030, was on the 3rd day of January 2011, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 21st day of February 2020.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
C. Wong, Senior Deputy Clerk

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION ) BAR NO. 53856
)
OF ) CERTIFICATE
)
DAVID B. OWENS ) OF
)
TO PRACTICE IN THE COURTS OF THIS STATE ) GOOD STANDING
)

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

**DAVID B. OWENS**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on August 10, 2018, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 31st day of January, 2020.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court