Paul A. Cardinale, SBN 8394
LAURIA TOKUNAGA GATES & LINN, LLP
1755 Creekside Oaks Drive, Suite 240
Sacramento, CA 95833
Tel: (916) 492-2000
Fax: (916) 492-2500
pcardinale@ltglaw.net

**Southern Nevada Office:**
601 South Seventh Street
Las Vegas, NV  89101
Tel: (702) 387-8633
Fax: (702) 387-8635

Attorneys for Defendants KIM SOFFE, COLLIN PETRIELIUS and NAPHCARE, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CRAIG FARAH, Personal Representative of the ESTATE OF NICHOLAS FARAH,<br><br>                Plaintiffs,<br>vs.<br><br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; RICHARD NEWMAN: SAMUEL MENDOZA; AARON MOSELY; JEREMEY STEWART; CHRISTY SNAPP; GABRIEL VILLANUEVA; KIM SOFFE; COLLIN PETRIELIUS and NAPHCARE, INC.<br><br>                Defendants. | CASE NO.: 2:20-cv-00604-RFB-VCF<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY AND EXPERT DISCLOSURE DATES |

///

///

///

///

# STIPULATION TO EXTEND SCHEDULED DEADLINES

## (FIRST REQUEST)

Pursuant to LR7-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request this Court extend the Discovery Deadlines in the above captioned case for one hundred twenty (120) days and the Expert Disclosure date be extended to March 29, 2021. In support of this Stipulation and Request, the parties state as follows:

A. **DISCOVERY COMPLETED TO DATE:**

1. Plaintiffs' Initial Disclosures;
2. Plaintiffs' Interrogatories, Request for Production and Request for Admissions to Defendants;
3. Defendants' Initial Disclosures;

B. **DISCOVERY REMAINING TO BE COMPLETED**

1. Deposition of Plaintiff;
2. Depositions of individually named Defendants;
3. Depositions of Plaintiff's and Decedent's treating medical providers;
4. Initial expert and rebuttal expert disclosures;
5. Depositions of additional witnesses (as needed).

C. **REASON FOR REQUEST FOR EXTENSION OF DISCOVERY DEADLINES**

The parties have been diligent in completing discovery. This is a complex case involving the death of a detainee at Clark County Detention Center. There are 10 named defendants and 10 causes of action alleged. Defendant NaphCare, Inc. was only recently served and appeared for the first time on October 29, 2020 when it timely filed its responsive pleading. The parties need additional time to complete additional discovery, including the depositions of Plaintiff, the multiple individually named Defendants and other witnesses prior to the disclosure of experts. This stipulation to extend deadlines is made in good faith without any intent to delay this matter.

///

///

///

D. **PROPOSED SCHEDULE FOR COMPLETING DISCOVERY**

1. Close of Discovery shall be extended from Friday, February 26, 2021 to **Monday, June 28, 2021**.

2. The deadline to file Motions to Amend the Pleadings or to Add Parties shall be extended from Monday, November 30, 2020 to **Tuesday, March 30, 2021**.

3. The deadline for Initial Expert Disclosures, in accordance with Fed.R.Civ.P 26(a)(2) and LR 26-1(e)(3), shall be extended from Monday, December 28, 2020 to **Tuesday, April  27, 2021**.

4. The deadline for Rebuttal Expert Disclosures shall be extended from Wednesday, January 27, 2020 to **Thursday, May 21, 2021**.

5. The deadline for filing Dispositive Motions shall be extended from Monday, March 29, 2021 to **Tuesday, July 27, 2021**.

6. The deadline for the Joint Pre-Trial Order shall be extended from Wednesday, April 28, 2020 to **Thursday, August 26, 2021.**  This deadline will be suspended if dispositive motions are timely filed, until 30 days after the decision of the dispositive motions or until further order of the Court.

E. **GOOD CAUSE FOR MAKING REQUEST WITHIN 21 DAYS OF DEADLINE**

The parties understand that this Request for the Extension of Scheduled Deadlines is being made within 21 days of the deadline to file Motions to Amend the Pleadings or to Add Parties currently set for November 30, 2020. Good cause exists for making this request at this time as Defendant NaphCare, Inc. appeared in this case for the first time on October 29, 2020. Defendant NaphCare, Inc. did not participate in the Rule 26(f) conference and did not agree to the current discovery deadlines. Once counsel for Defendant NaphCare, Inc. learned of the current discovery deadlines it immediately prepared the instant Stipulation and Order and sent it to other counsel for approval.

///

///

///

///

3
STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY AND EXPERT DISCLOSURE DATES
(FIRST REQUEST)

| | |
|---|---|
| DATED this 23rd day of November 2020 | DATED this 23rd day of November, 2020 |
| **LOEVY & LOEVY** | **LAURIA TOKUNAGA GATES & LINN, LLP** |
| /s/ Sarah Grady, Esq. | /s/ Paul A. Cardinale, Esq. |
| SARAH GRADY, ESQ. | PAUL A. CARDINALE, ESQ. – Bar No. 8394 |
| 311 N. Aberdeen Street, 3rd Floor | 1755 Creekside Oaks Drive, Suite #240 |
| Chicago, IL 60607 | Sacramento, CA 95833 |
| *Attorneys for Plaintiff, Craig Farah, personal representative of The Estate of Nicolas Farah* | Southern Nevada Office: |
| | 601 South Seventh Street |
| | Las Vegas, Nevada 89101 |
| | *Attorneys for Defendants Kim Soffe, Collin Petrielius and NaphCare, INC.* |

Dated this 23rd day of November, 2020

**MARQUIS AURBACH COFFING**

/s/ Craig R. Anderson, Esq.
CRAIG R. ANDERSON, ESQ. – Bar No. 6882
100001 Park Run Drive
Las Vegas, NV 89145
*Attorneys for Las Vegas Metro Police Department; Richard Newman: Samuel Mendoza; Aaron Mosely; Jeremey Stewart; Christy Snapp; Gabriel Villanueva*

**IT IS SO ORDERED** that the instant Stipulation to Extend Discovery and Expert Disclosures Dates is **GRANTED** and the discovery deadlines shall be amended as follows:

| | |
|---|---|
| Close of Discovery: | June 26, 2021 |
| Last Day to Amend Pleadings and Add Parties: | March 30, 2021 |
| Initial Expert Designation: | April 27, 2021 |
| Rebuttal Expert Designation: | May 21, 2021 |
| Last Day for Dispositive Motions: | July 27, 2021 |
| Joint Pre-Trial Order | August 26, 2021 |

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11-23-2020

# Cheyenne Allmaras

**From:** Paul A. Cardinale
**Sent:** Monday, November 23, 2020 1:53 PM
**To:** Cheyenne Allmaras
**Subject:** FW: Farah--Stip and Order to Extend Deadlines



**Paul A. Cardinale**
LAURIA TOKUNAGA GATES & LINN, LLP
1755 Creekside Oaks Drive, Suite 240
Sacramento, CA  95833
Tel: (916) 492-2000
Fax: (916) 492-2500
Email: pcardinale@ltglaw.net

Northern Nevada:  617 Fourteenth Green Drive, Incline Village, NV  89451
                  Tel: (775) 833-2017  Fax: (775) 833-2037
Southern Nevada:  601 South Seventh Street, Las Vegas, NV  89101
                  Tel: (702) 387-8633  Fax: (702) 387-8635

**CONFIDENTIALITY STATEMENT:** THIS E-MAIL AND ANY ATTACHMENTS ARE INTENDED SOLELY FOR THE NAMED RECIPIENT(S) AND MAY CONTAIN INFORMATION THAT IS (I) PROPRIETARY TO THE SENDER, AND/OR, (II) PRIVILEGED, CONFIDENTIAL, AND/OR OTHERWISE EXEMPT FROM DISCLOSURE UNDER APPLICABLE STATE AND FEDERAL LAW, INCLUDING, BUT NOT LIMITED TO, PRIVACY STANDARDS IMPOSED PURSUANT TO THE FEDERAL HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"). IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR BY TELEPHONE AT (916) 492-2000, AND DESTROY THE ORIGINAL TRANSMISSION AND ITS ATTACHMENTS WITHOUT READING OR SAVING THEM TO DISK. THANK YOU.

**From:** Sarah Grady <sarah@loevy.com>
**Sent:** Monday, November 23, 2020 1:37 PM
**To:** Paul A. Cardinale <pcardinale@ltglaw.net>
**Cc:** Craig Anderson <canderson@maclaw.com>; Liesa M. Costa <lcosta@ltglaw.net>; David B. Owens <david@loevy.com>; Sherri Mong <SMong@maclaw.com>; Leah Dell <LDell@maclaw.com>
**Subject:** Re: Farah--Stip and Order to Extend Deadlines

This is fine with me. Thanks.


Sarah C. Grady
**LOEVY & LOEVY**
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
Phone: 312.243.5900
Email: sarah@loevy.com
Pronouns: she/her


On Mon, Nov 23, 2020 at 1:31 PM Paul A. Cardinale <pcardinale@ltglaw.net> wrote:

Thanks Craig.  Sarah are you able to let me know today if I can affix your signature on this stipulation to continue?

Thank you,



Paul A. Cardinale

LAURIA TOKUNAGA GATES & LINN, LLP

1755 Creekside Oaks Drive, Suite 240

Sacramento, CA  95833

Tel: (916) 492-2000

Fax: (916) 492-2500

Email: pcardinale@ltglaw.net

Northern Nevada:  617 Fourteenth Green Drive, Incline Village, NV  89451

　　　　Tel: (775) 833-2017  Fax: (775) 833-2037

Southern Nevada:  601 South Seventh Street, Las Vegas, NV  89101

　　　　Tel: (702) 387-8633  Fax: (702) 387-8635

**CONFIDENTIALITY STATEMENT:** THIS E-MAIL AND ANY ATTACHMENTS ARE INTENDED SOLELY FOR THE NAMED RECIPIENT(S) AND MAY CONTAIN INFORMATION THAT IS (I) PROPRIETARY TO THE SENDER, AND/OR, (II) PRIVILEGED, CONFIDENTIAL, AND/OR OTHERWISE EXEMPT FROM DISCLOSURE UNDER APPLICABLE STATE AND FEDERAL LAW, INCLUDING, BUT NOT LIMITED TO, PRIVACY STANDARDS IMPOSED PURSUANT TO THE FEDERAL HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"). IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR BY TELEPHONE AT (916) 492-2000, AND DESTROY THE ORIGINAL TRANSMISSION AND ITS ATTACHMENTS WITHOUT READING OR SAVING THEM TO DISK. THANK YOU.

**From:** Craig Anderson <canderson@maclaw.com>
**Sent:** Friday, November 20, 2020 4:32 PM
**To:** Paul A. Cardinale <pcardinale@ltglaw.net>; Sarah Grady <sarah@loevy.com>
**Cc:** Liesa M. Costa <lcosta@ltglaw.net>; David B. Owens <david@loevy.com>; Sherri Mong <SMong@maclaw.com>;

Leah Dell <LDell@maclaw.com>
**Subject:** RE: Farah--Stip and Order to Extend Deadlines

I'm good with this. You can use my signature.



**Craig R. Anderson, Esq.**

10001 Park Run Drive

Las Vegas, NV 89145

t | 702.942.2136

f | 702.382.5816

canderson@maclaw.com | vcard

maclaw.com



 Please consider the environment before printing this e-mail!

DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach Coffing - Attorneys at Law

**From:** Paul A. Cardinale <pcardinale@ltglaw.net>
**Sent:** Friday, November 20, 2020 1:15 PM
**To:** Sarah Grady <sarah@loevy.com>; Craig Anderson <canderson@maclaw.com>
**Cc:** Liesa M. Costa <lcosta@ltglaw.net>; David B. Owens <david@loevy.com>; Sherri Mong <SMong@maclaw.com>; Leah Dell <LDell@maclaw.com>
**Subject:** [External] Farah--Stip and Order to Extend Deadlines
**Importance:** High

Sarah and Craig:

I have attached the Proposed Stip and Order to extend deadlines in this case.  Please let me know if you approve it as soon as you are able.  I am hoping to submit it to the Court on Monday since the current deadline to Amend Pleadings and Add Parties is November 30.  If we submit the S&O after that date, I/we have to show excusable neglect as to why the S&O was not submitted before the deadline.

Thank you,



**Paul A. Cardinale**

LAURIA TOKUNAGA GATES & LINN, LLP

1755 Creekside Oaks Drive, Suite 240

Sacramento, CA  95833

Tel: (916) 492-2000

Fax: (916) 492-2500

Email: pcardinale@ltglaw.net

Northern Nevada:  617 Fourteenth Green Drive, Incline Village, NV  89451

    Tel: (775) 833-2017  Fax: (775) 833-2037

Southern Nevada:  601 South Seventh Street, Las Vegas, NV  89101

    Tel: (702) 387-8633  Fax: (702) 387-8635

**CONFIDENTIALITY STATEMENT:** THIS E-MAIL AND ANY ATTACHMENTS ARE INTENDED SOLELY FOR THE NAMED RECIPIENT(S) AND MAY CONTAIN INFORMATION THAT IS (I) PROPRIETARY TO THE SENDER, AND/OR, (II) PRIVILEGED, CONFIDENTIAL, AND/OR OTHERWISE EXEMPT FROM DISCLOSURE UNDER APPLICABLE STATE AND FEDERAL LAW, INCLUDING, BUT NOT LIMITED TO, PRIVACY STANDARDS IMPOSED PURSUANT TO THE FEDERAL HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"). IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR BY TELEPHONE AT (916) 492-2000, AND DESTROY THE ORIGINAL TRANSMISSION AND ITS ATTACHMENTS WITHOUT READING OR SAVING THEM TO DISK. THANK YOU.