LUKE A. BUSBY, ESQ
Nevada Bar No. 10319
LUKE ANDREW BUSBY, LTD.
316 California Ave # 82
Reno, Nevada 89509
O: 775.453.0112
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for Plaintiff*

Sarah Grady*
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
O: 312.243.5900
sarah@loevy.com

David B. Owens*
Loevy & Loevy
100 S. King St., St. 100
Seattle, WA 98104
O: 312-243-5900
david@loevy.com

*Admitted *pro hac vice*
*Counsel for Plaintiff Craig Farah, Personal Representative of the Estate of Nicholas Farah*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG FARAH, Personal Representative of the ESTATE OF NICHOLAS FARAH,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; RICHARD NEWMAN; SAMUEL MENDOZA; AARON MOSELY; JEREMY STEWART; CHRISTY SNAPP; GABRIEL VILLANUEVA; KIM SOFFE; and COLLIN PETRIELIUS, and NAPHCARE, INC.,<br><br>Defendants. | No. 2:20-cv-00604<br><br>Hon. Richard F. Boulware, II, Judge<br><br>Hon. Cam Ferenbach, Mag. Judge<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DISCOVERY SCHEDULE**<br><br>**(Second Request)** |

Plaintiff Craig Farah, Personal Representative of the Estate of Nicholas Farah, by and through his counsel of record, Defendants Las Vegas Metropolitan Police Department, Richard Newman, Samuel Mendoza, Aaron Mosely, Jeremy Stewart, Christy Snapp, Gabriel Villanueva, through their counsel of record, and

1

Kim Soffe, Colin Petrielius, and Naphcare, Inc., through their counsel of record, hereby stipulate and agree that the discovery schedule as set out in the November 23, 2020 Stipulation and Order Extending Discovery Schedule (ECF 40) should be extended by 90 days.

The instant filing is the second request for an extension of the Discovery Schedule. The parties filed their Discovery Plan and Scheduling Order on August 3, 2020. ECF 21. They filed a subsequent stipulation extending the discovery deadlines on November 23, 2020 (ECF 39), which was entered by the Court (ECF 40). The parties have moved forward diligently with both written and oral discovery. The parties have served multiple third-party subpoenas and exchanged substantial records and other relevant materials. The depositions of Plaintiff and two Defendants are scheduled to take place in April.

Despite counsels' best efforts, more time is needed to complete discovery due to delays caused by the COVID-19 pandemic, counsels' obligations in other matters, the difficulties of locating witnesses, and the complexity of this case. Depositions of the remaining parties and third-party witnesses need to be completed, and the parties anticipate completing follow-up written discovery. Additionally, this Court recently scheduled a hearing on the pending motion to dismiss filed by Defendants Soffe, Petrielius, and Naphcare, Inc., for March 26, 2021. ECF 43. As such, the parties ask the Court to extend discovery as follows:

a. The deadline for fact discovery will be extended from June 28, 2021 to September 27, 2021.
b. The deadline to file motions to amend the pleadings or add parties will be extended from March 30, 2021 to June 28, 2021.
c. The deadline for expert disclosures will be moved from April 27, 2021 to July 26, 2021, and the deadline for rebuttal experts will be moved from May 21, 2021 to August 19, 2021.

    d. The deadline for the filing of dispositive motions will be moved from July 27, 2021 to October 25, 2021.

    e. The deadline for filing the joint pretrial order will be moved from August 26, 2021 to November 24, 2021. As ordered previously, this deadline will be suspended if dispositive motions are timely filed, until 30 days after the decision of the dispositive motions or until further order of the Court. ECF 40.

Barring any other truly unforeseen, serious emergencies or unexpected circumstances that would preclude completion of discovery, the parties do not anticipate seeking any further extensions of discovery and, further, request that the Court set a trial date based upon the schedule proposed herein.

The parties stipulate and agree to the requested extension. Accordingly, Plaintiff and Defendants stipulate that the discovery schedule should be extended by 90 days. This stipulation is made in good faith and not for the purpose of delay.

Dated this 22nd day of March, 2021.


By: /s/ Sarah Grady


| | |
|---|---|
| Sarah Grady* | David B. Owens* |
| Loevy & Loevy | Loevy & Loevy |
| 311 N. Aberdeen St., 3rd Fl. | 100 S. King St., St. 100 |
| Chicago, IL 60607 | Seattle, WA 98104 |
| O: 312.243.5900 | O: 312-243-5900 |
| sarah@loevy.com | david@loevy.com |

*Admitted *pro hac vice*
*Counsel for Plaintiff Craig Farah, Personal Representative of the Estate of Nicholas Farah*

LUKE A. BUSBY, ESQ
Nevada Bar No. 10319
LUKE ANDREW BUSBY, LTD.
316 California Ave # 82
Reno, Nevada 89509
O: 775.453.0112
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for Plaintiff*


By: /s/ Craig R. Anderson

Craig R. Anderson
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, NV 89145
O: 702.942.2136
canderson@maclaw.com
*Counsel for Defendants LVMPD, Newman, Mendoza, Mosely, Stewart, Snapp, and Villanueva*


By: /s/ Paul A. Cardinale

Paul A. Cardinale
Lauria Tokunaga Gates & Linn, LLP
1755 Creekside Oaks Dr., Ste. 240
Sacramento, CA 95833
O: 916.492.2000
pcardinale@ltglaw.net

4

## **ORDER**

IT IS SO ORDERED that the above Stipulation is hereby GRANTED. The discovery schedule shall be extended by 90 days.

DATED this 22nd day of March, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I, Sarah Grady, an attorney, hereby certify that on March 22, 2021, I filed the foregoing Stipulation and Proposed Order via CM/ECF, which was electronically delivered to all counsel of record.

/s/ Sarah Grady
One of Plaintiff's Attorneys