LUKE A. BUSBY, ESQ
Nevada Bar No. 10319
LUKE ANDREW BUSBY, LTD.
316 California Ave # 82
Reno, Nevada 89509
O: 775.453.0112
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for Plaintiffs*

Sarah Grady*
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
O: 312.243.5900
sarah@loevy.com

David B. Owens*
Loevy & Loevy
100 S. King St., St. 100
Seattle, WA 98104
O: 312-243-5900
david@loevy.com

*Admitted *pro hac vice*
Counsel for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CRAIG FARAH, Personal Representative of the ESTATE OF NICHOLAS FARAH; LISA WALTER, as Next Best Friend of E.T.; and JOLENE GEARY, as Next Best Friend of E.F., <br><br> Plaintiffs, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT; RICHARD NEWMAN; SAMUEL MENDOZA; AARON MOSELY; JEREMY STEWART; CHRISTY SNAPP; GABRIEL VILLANUEVA; KIM SOFFE; and COLLIN PETRIELIUS, and NAPHCARE, INC., <br><br> Defendants. | No. 2:20-cv-00604-RFB-VCF <br><br> Hon. Richard F. Boulware, II, Judge <br><br> Hon. Cam Ferenbach, Mag. Judge <br><br> **STIPULATION AND PROPOSED ORDER EXTENDING DISCOVERY SCHEDULE** <br><br> **(Third Request)** |

Plaintiffs Craig Farah, Personal Representative of the Estate of Nicholas Farah, Lisa Walter, as Next Best Friend of E.T., and Jolene Geary, as Next Best Friend of E.F., by and through their counsel of record, Defendants Las Vegas Metropolitan Police Department, Richard Newman, Samuel Mendoza, Aaron

1

Mosely, Jeremy Stewart, Christy Snapp, Gabriel Villanueva, through their counsel of record, and Kim Soffe, Colin Petrielius, and Naphcare, Inc., through their counsel of record, hereby stipulate and agree that the discovery schedule as set out in the March 22, 2021 Stipulation and Order Extending Discovery Schedule (ECF 45) should be extended by 120 days.

The instant filing is the third request for an extension of the Discovery Schedule. The parties filed their Discovery Plan and Scheduling Order on August 3, 2020. ECF 21. They filed a subsequent stipulation extending the discovery deadlines on November 23, 2020 (ECF 39), which was entered by the Court (ECF 40), and a second stipulation extending the discovery deadlines on March 22, 2021 (ECF 44), which was also entered by the Court (ECF 45). The parties have moved forward diligently with both written and oral discovery. The parties have served multiple third-party subpoenas and exchanged substantial records and other relevant materials. Plaintiffs have completed two depositions of Defendants, and four more depositions are scheduled to occur next week. Plaintiff Craig Farah's deposition is scheduled to occur on July 27.

Despite counsel's best efforts, more time is needed to complete discovery due to delays caused by the COVID-19 pandemic, counsel's obligations in other matters, the difficulties of locating witnesses, and the complexity of this case. Plaintiffs recently filed a Second Amended Complaint (ECF 49), naming two additional plaintiffs and a new claim against Defendant Naphcare, Inc. These matters will require additional discovery by both sides. Depositions of the remaining parties and third-party witnesses also need to be completed, and the parties anticipate completing follow-up written discovery. And the parties need to complete production of the ESI set forth in the ESI protocol entered by the Court on May 21, 2021 (ECF 48). As such, the parties ask the Court to extend discovery as follows:

a. The deadline for fact discovery will be extended from September 27, 2021 to January 27, 2022.
b. The deadline to file motions to amend the pleadings or add parties will be extended from June 28, 2021 to October 28, 2021.
c. The deadline for expert disclosures will be moved from July 26, 2021 to November 30, 2021, and the deadline for rebuttal experts will be moved from August 19, 2021 to December 20, 2021.
d. The deadline for the filing of dispositive motions will be moved from October 25, 2021 to February 25, 2022.
e. The deadline for filing the joint pretrial order will be moved from November 24, 2021 to March 24, 2022. As ordered previously, this deadline will be suspended if dispositive motions are timely filed, until 30 days after the decision of the dispositive motions or until further order of the Court. ECF 40.

The parties also stipulate and agree that Defendants shall have an additional 30 days, or until August 12, 2021, to file a responsive pleading to Plaintiffs' Second Amended Complaint filed on June 28, 2021 and the parties request that the Court extend that deadline as well.

The parties stipulate and agree to the requested extension. Accordingly, Plaintiff and Defendants stipulate that the discovery schedule should be extended by 120 days and the deadline to respond to Plaintiffs' Second Amended Complaint be extended to August 12, 2021. This stipulation is made in good faith and not for the purpose of delay. Dated this 1st day of July, 2021.

By: /s/ David B. Owens

| | |
|---|---|
| Sarah Grady* | David B. Owens* |
| Loevy & Loevy | Loevy & Loevy |
| 311 N. Aberdeen St., 3rd Fl. | 100 S. King St., St. 100 |
| Chicago, IL 60607 | Seattle, WA 98104 |
| O: 312.243.5900 | O: 312-243-5900 |
| sarah@loevy.com | david@loevy.com |

*Admitted *pro hac vice*
*Counsel for Plaintiffs*

LUKE A. BUSBY, ESQ
Nevada Bar No. 10319
LUKE ANDREW BUSBY, LTD.
316 California Ave # 82
Reno, Nevada 89509
O: 775.453.0112
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for Plaintiffs*


By: /s/ Craig R. Anderson

Craig R. Anderson
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, NV 89145
O: 702.942.2136
canderson@maclaw.com
*Counsel for Defendants LVMPD, Newman, Mendoza, Mosely, Stewart, Snapp, and Villanueva*


By: /s/ Paul A. Cardinale

Paul A. Cardinale
Lauria Tokunaga Gates & Linn, LLP
1755 Creekside Oaks Dr., Ste. 240
Sacramento, CA 95833
O: 916.492.2000
pcardinale@ltglaw.net

## ORDER

IT IS SO ORDERED that the above Stipulation is hereby GRANTED. The discovery schedule shall be extended by 120 days and the deadline to respond to Plaintiffs' Second Amended Complaint shall be extended to August 12, 2021.

DATED this 6th day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that the following discovery dates apply:

| | |
|---|---|
| Discovery cut-off: | January 27, 2022 |
| Amend the pleadings or add parties: | October 28, 2021 |
| Expert Disclosures: | November 30, 2021 |
| Rebuttal experts: | December 20, 2021 |
| Dispositive motions: | February 25, 2022 |
| Joint Pretrial Order: | March 24, 2022 |

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

**CERTIFICATE OF SERVICE**

I, David B. Owens, an attorney, hereby certify that on July 2, 2021, I filed the foregoing Stipulation and Proposed Order via CM/ECF, which was electronically delivered to all counsel of record.

/s/ David B. Owens
One of Plaintiff's Attorneys