1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

CRAIG FARAH, Personal Representative of the ESTATE OF NICHOLAS FARAH; LISA WALTER, as Next Best Friend of E.T.; and JOLENE GEARY, as Next Best Friend of E.F.,

Plaintiffs

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT; RICHARD NEWMAN; SAMUEL MENDOZA; AARON MOSELY; JEREMY STEWART; CHRISTY SNAPP; GABRIEL VILLANUEVA; KIM SOFFE; COLLIN PETRIELIUS; and NAPHCARE, INC.,

Defendants

Case No.: 2:20-cv-00604-CDS-VCF

**ORDER GRANTING PLAINTIFF'S UNOPPOSED PETITION FOR COMPROMISE OF CLAIMS OF MINORS**

**[ECF No. 64]**

   Before the Court is Plaintiff's Unopposed Petition for Compromise of Claims of Minors, which was held before a hearing on October 19, 2022. Based upon the representations made in the Petition, at the hearing on the motion, and the Court's own experience and understanding of these matters and its independent duties under Federal Rule of Civil Procedure 17, good cause having been shown, the Court hereby FINDS:

(1) The amount of the settlement is fair and reasonable, given the nature of the litigation, the state of the litigation (before expert discovery and any dispositive motions), and the general uncertainty that comes with jury trials in any case and particularly claims against law enforcement.

(2) The proposed settlement adequately safeguards the interests of the minors and the minor's interests are protected by the proposed settlement. *See Doe by & Through Doe v. Clark Cnty.*, No. 2019 WL 861402, at *3 (D. Nev. Feb. 15, 2019) (quoting *Robidoux v. Rosengren*, 638 F.3d 1177, 1181-82 (9th Cir. 2011)). The Court finds that the creation of a professionally managed trust, which serves as a fiduciary, and as Co-Trusteed by Craig Farah is fair, reasonable, and adequately protects the interests of the minors.

(3) The payment of the entire settlement amount from LVMPD, $2,375,000 as equally allocated, following deduction of funds for costs and attorneys fees is fair and reasonable and the minor's are similarly situated with respect to the decedent (Nicholas Farah, their father) such that and equal division between them is fair and reasonable.

(4) The payment of the remaining funds to the Estate of Nicholas Farah, subject to separate approval in Wisconsin probate, is fair and reasonable to the extent it is before this court.

Accordingly, pursuant to Federal Rule of Civil Procedure 17, this court ORDERS that the Unopposed Petition for Compromise is GRANTED as stated above, on the record, and described in the petition.

It is so ORDERED.

DATED: October 20, 2022

_____
Hon. Cristina D. Silva
United States District Judge