Paul A. Cardinale, SBN 8394
MEDICAL DEFENSE LAW GROUP
3800 Watt Ave., Suite 245
Sacramento, CA 95821
Paul.Cardinale@med-defenselaw.com

**Southern Nevada Office:**
2965 South Jones Blvd., Suite E1
Las Vegas, NV 89148
Tel: (702) 342-8116
Attorneys for Defendants
KIM SOFFE, COLLIN PETRIELIUS
and NAPHCARE, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG FARAH, Personal Representative of the ESTATE OF NICHOLAS FARAH,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; RICHARD NEWMAN: SAMUEL MENDOZA; AARON MOSELY; JEREMEY STEWART; CHRISTY SNAPP; GABRIEL VILLANUEVA; KIM SOFFE; and COLLIN PETRIELIUS<br><br>Defendants. | CASE NO.: 2:20-cv-00604-~~RFB~~ CDS -VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendants KIM SOFFE, COLLIN PETRIELIUS and NAPHCARE, INC., ("NaphCare Defendants") by and through their counsel of record, Paul A. Cardinale of the MEDICAL DEFENSE LAW GROUP; Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, RICHARD NEWMAN, SAMUEL MENDOZA, AARON MOSELY, JEREMY STEWARD, CHRISTY SNAPP, and GABRIEL VILLANUEVA ("LVMPD Defendants"), by and through their counsel of record, Craig R. Anderson of the law firm of MARQUIS & AURBACH; and Plaintiffs CRAIG FARAH, Personal Representative

1  of the ESTATE OF NICHOLAS FARAH, LISA WALTER, as Next Best Friend of E.T., and JOLENE
2  GEARY as Next Best Friend of E.F., by and through their counsel of record, David B. Owens of the
3  law firm of LOEVY & LOEVY and Luke A. Busby of the law firm of LUKE ANDREW BUSBY,
4  LTD., that all of Plaintiff's claims against the Naphcare Defendants and the LVMPD Defendants are
5  hereby dismissed with prejudice, each party to bear their own costs and attorney fees.

DATED this 25th of October, 2022.

/s/ David B. Owens
By: _____
Luke A. Busby, Esq.
Nevada Bar No. 10319
LUKE ANDREW BUSBY, LTD.
316 California Avenue #82
Reno, Nevada 89509

David B. Owens, Esq.
*Admitted Pro Hac Vice*
LOEVY & LOEVY
100 S. King St., St. 100
Seattle, WA 98104
Tel. (775) 453-0112
**Attorneys for Plaintiff**

DATED this 25th of October, 2022.

/s/ Craig R. Anderson
By: _____
Craig R. Anderson, Esq.
Nevada Bar No. 6882
MARQUIS & AURBACH
10001 Park Run Drive
Las Vegas, NV 89145
**Attorneys for Las Vegas Metro Police Department, Richard Newman, Samuel Mendoza, Aaron Mosley, Jeremy Stewart, Christy Snapp and Gabriel Villanueva**

DATED this 25th of October, 2022.

/s/ Paul A. Cardinale
By: _____
Paul A. Cardinale, Esq.
Nevada Bar No. 8394
MEDICAL DEFENSE LAW GROUP
2965 South Jones Blvd., Suite E1
Las Vegas, NV 89148
**Attorneys for Defendants Kim Soffe, Collin Petrielius and Naphcare, Inc.**

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED: October 26, 2022